## RONALD ZIENKA *v.* CITY OF NEW BRITAIN
## (12750)

O'CONNELL, FOTI and LANDAU, Js.
Argued April 26—decision released May 17, 1994

*Harold J. Geragosian,* for the appellant (plaintiff).

*Daniel L. Healey,* assistant city attorney, for the appellee (defendant).

PER CURIAM. The decision of the workers' compensation review board is affirmed.

## GODFREY ANDERSON ET AL. *v.* JACK JANUS
## (12403)

O'CONNELL, HEIMAN and FREEDMAN, Js.
Argued April 29—decision released May 24, 1994

*Francis Ficarra,* with whom, on the brief, was *Frank J. Riccio,* for the appellant (named plaintiff).

PER CURIAM. The judgment is affirmed.